1707 L STREET NW, SUITE 1030 | WASHINGTON, DC 20036 | 202.681.5157
GUY@GUYHAMILTONSMITH.COM

# THE LAW OFFICE OF GUY HAMILTON-SMITH

January 26, 2025

Mrs. Kelly Stephens
Clerk of the Court
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart United States Courthouse
100 E Fifth Street
Cincinnati, Ohio 45202
*via CM/ECF*

RE:  Response to John Burlew's Rule 28(j) letter in *Doe v. Burlew,*
Case Nos. 24-5669, 24-5743

Dear Mrs. Stephens:

This Court's January 13, 2025 Order staying a lower court injunction in *Free Speech Coalition, Inc., et al. v. Skrmetti*, No. 24-6158 that Mr. Burlew relies on in his January 23, 2025 Rule 28(j) letter is distinguishable from the arguments presented in this cross-appeal.

Most importantly, as the panel recognized, it is not clear that the age verification law in *Free Speech Coalition* "threatens any freedom protected by the First Amendment." Order at 6. Not so here, where the challenged provisions of SB 249 criminalize a form of expression that has long-enjoyed robust constitutional protection — especially in the context of politically disfavored groups of people. Sec. Br. at 19-27.

SB 249 contains no exceptions for the speech that it regulates, and thus implicates the First Amendment in every application of it. Mem. Opinion and Order, RE 26, Page ID# 241. Consequently, the amount of speech that SB 249 criminalizes is enormous, and functions as a badge requirement that the Supreme Court has previously found to violate the First Amendment. Sec. Br at 23.

Thus, while the panel in *Free Speech Coalition* noted that the plaintiffs challenging the Tennessee law offered only hypotheticals in support of their overbreadth argument, Order at 5, SB 249 is different in that it is clear from its plain text that it "threatens [] freedom[s] protected by the First Amendment" as a result of the broad net the Kentucky General Assembly elected to cast with the law. Any constitutional application of the law is already a serious crime, and thus

the effect — if not the intent — of SB 249 is to criminalize and chill the protected speech of unpopular groups of people.

Respectfully submitted,

/s/ Guy Hamilton-Smith
*Counsel for John Doe*

cc: All counsel via CM/ECF