**607 - 6th Floor West Courtroom, 9:00 A.M.**   Wednesday, April 30, 2025

**Gibbons, White, Murphy**

**24-5669 & 24-5743 John Doe v. John Burlew**

John Doe                                                                                       ret   Guy Hamilton-Smith

**Plaintiff - Appellee Cross-Appellant**

**V.**

John Burlew                                                                                ret   John Hail Heyburn
                                                                                                            *3 Minutes Rebuttal*

**Defendant - Appellant Cross-Appellee**

*Roy Ford, Courtroom Deputy*

Defendant appeals, and plaintiff cross-appeals, a district court order enjoining enforcement of a Kentucky statute requiring persons on the Kentucky sex offender registry to use their full legal names on social media platforms.   (15 Minutes Per Side)